UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

NORTHEAST BIOFUELS, LP, et al.,

Debtor.

Case No. 09-30057
Chapter 11 Case
(Main Case)

## AMENDED NOTICE OF HEARING ON OBJECTION TO ALLOWANCE OF A PORTION OF CLAIM NO. 62 AND TO ALLOWANCE OF DUPLICATE CLAIM NO. 63 FILED BY NOBLE AMERICAS CORP.

**PLEASE TAKE NOTICE**, that the Official Committee of Unsecured Creditors (the "Committee"), duly appointed in the captioned chapter 11 cases of debtors Northeast Biofuels, LP, et al. (collectively, the "Debtors"), by and through their counsel, Bond, Schoeneck & King, PLLC, will move before the Honorable Margaret Cangilos-Ruiz, United States Bankruptcy Judge for the Northern District of New York, at the United States Courthouse, 100 South Clinton Street, Syracuse, New York, on the 19th day of November, 2009 at 11:30 a.m., or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. § 502(b) and Rule 3007 of the Federal Rules of Bankruptcy Procedure (i) reducing Proof of Claim No. 62 filed by Noble Americas Corp. ("Noble") and allowing a general unsecured claim on behalf of Noble in the amount of $1,350,774.24; (ii) disallowing, in its entirety, duplicate Claim No. 63 filed by Noble in these cases; and (iii) and awarding such other relief as this Court deems just and proper.

**PURSUANT TO BANKRUPTCY RULE 9014 AND LOCAL BANKRUPTCY RULE 9013-1, IF YOU INTEND TO OPPOSE THE OBJECTION, YOU MUST SERVE ON THE DEBTORS' COUNSEL AND FILE WITH THE CLERK OF THE BANKRUPTCY COURT, WRITTEN OPPOSITION TO THE OBJECTION NOT LATER THAN THREE (3) BUSINESS DAYS PRIOR TO THE RETURN DATE OF THIS OBJECTION. IN THE EVENT NO WRITTEN OPPOSITION IS SERVED AND FILED, NO HEARING ON THE OBJECTION WILL BE HELD BEFORE THE COURT ON THE RETURN DATE, AND THE COURT WILL CONSIDER THE OBJECTION AS UNOPPOSED.**

Dated: October 21, 2009
Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By: *Camille W. Hill*
Stephen A. Donato, Esq., of counsel
Camille W. Hill, Esq., of counsel
*Attorneys for the Committee*
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000
Facsimile: (315) 218-8100

TO:
Noble Americas Corp.
James Emanuele, President
333 Ludlow Street, Suite 1230
Stamford, CT 06902

Noble Americas Corp.
333 Ludlow Street, Suite 1230
Stamford, CT 06920
Attn: Evan Cramer, Esq.

Guy A. Van Baalen, Esq.
Office of the United States Trustee
105 U.S. Courthouse
10 Broad Street
Utica, New York 13501

Jeffrey A. Dove, Esq.
Menter, Rudin & Trivelpiece, P.C.
Attorneys for the Debtors
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498

Marc E. Richards, Esq.
Blank Rome, LLP
Attorneys for the Debtors
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-0208

All parties filing Notices of Appearance